IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMY E. FLETCHER, | No. 6:15-cv-01315-JO |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

DATED this 2nd day of November, 2016.

_____
ROBERT E. JONES
United States District Judge

JUDGMENT